# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAMON K. LYMAN et al.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOAN CORRESPONDENTS INC. dba CAPITAL FUNDING GROUP et al.<br><br>　　　　Defendants. | Case No.: SACV 06-01174-CJC(ANx)<br><br>**ORDER FOR PRELIMINARY INJUNCTION** |

　　　WHEREAS, the Clerk of the Court has entered the default of Defendant Loan Correspondents Inc. dba Capital Funding Group on March 10, 2009;

　　　WHEREAS, the Court, having considered Plaintiffs Damon K. Lyman and Claudia M. Lyman's request for a preliminary injunction against the above named defaulting Defendant and having considered the pleadings, exhibits, records and files herein, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT Defendant Loan Correspondents Inc. dba Capital Funding Group, and its officers, directors, agents, servants, employees, and those in active concert or participation with them, ARE HEREBY ENJOINED from taking any collection actions or selling, transferring, encumbering, impairing the title to, or taking or attempting to take possession of, or filing an unlawful detainer action against, Plaintiffs' residence located at 18431 Southern Hills Way, Yorba Linda, California 92886.  The foregoing preliminary injunction shall have no application to Defendant IMPAC Funding Corp., whom Plaintiffs dismissed with prejudice pursuant to a settlement agreement stipulated to on the record on March 10, 2009.

DATED: March 26, 2009

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE