**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 06-01174-CJC(ANx)                    Date:  June 2, 2009

Title: <u>DAMON K. LYMAN et al. v. LOAN CORRESPONDENTS, INC. et al.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                          <u>      N/A      </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

      This dispute concerns a loan obtained by Plaintiffs Damon K. Lyman and Claudia M. Lyman (collectively "the Lymans").  On March 10, 2009, the Lymans dismissed their claims against Impac Funding Corporation and GMAC Mortgage Corp., and the Court entered a default against the remaining defendant, Loan Correspondents, Inc. dba Capital Funding Group.  On the same day, the Court also ordered the Lymans to schedule a prove-up hearing.  The Lymans have yet to schedule this hearing, and the Court understands that the Lymans no longer reside at the property that is the subject of this litigation.  In light of the foregoing, the Court orders the Lymans to show cause on Monday June 22, 2009 at 1:30 p.m. why this case should not be dismissed.  The Court orders the Lymans to file and serve a response to the Court's order to show cause by Monday, June 15, 2009.

law

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk MU